No. 81–5117.   COADES v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 81–5132.   BUSSE v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 81–5145.   DOYLE v. GILL ET AL.   C. A. 1st Cir. Certiorari denied.

No. 81–5166.   MATTHEW ET AL. v. LOUISIANA.   Sup. Ct. La.   Certiorari denied.

No. 81–5178.   HU YAU-LEUNG v. SOSCIA, UNITED STATES MARSHAL.   C. A. 2d Cir.   Certiorari denied.

No. 81–5222.   WOJCIECHOWSKI v. HOROWITZ.   C. A. 3d Cir.   Certiorari denied.

No. 81–5228.   HUNTER v. DELAWARE.   Sup. Ct. Del. Certiorari denied.

No. 81–5278.   GURLEY v. METZ, SUPERINTENDENT, GREAT MEADOW CORRECTIONAL FACILITY.   C. A. 2d Cir. Certiorari denied.

No. 81–5313.   BOGGINS v. UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.

No. 81–5340.   WOODS v. HENDERSON, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY.   C. A. 2d Cir.   Certiorari denied.

No. 81–5349.   STEINSVIK v. MORRIS.   C. A. 9th Cir. Certiorari denied.

No. 81–5350.   RELIFORD v. RICKETTS ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 81–5353.   ZATKO v. CALIFORNIA.   Sup. Ct. Cal. Certiorari denied.